**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO. _____

KEVIN GUTA,

      Plaintiff,

    v.

BIO-REFERENCE LABORATORIES, INC.,
a foreign corporation,

      Defendant.
_____/

**NOTICE OF REMOVAL**

**TO:**    **The Honorable Judges**
         **United States District Court**
         **Middle District of Florida**
         **801 North Florida Avenue**
         **Tampa, Florida 33602**

Defendant Bio-Reference Laboratories, Inc. (hereinafter referred to as "Defendant" or "BRLI"), by and through its attorneys, Nukk-Freeman & Cerra, P.C. and Greenberg Traurig, LLP, respectfully petitions this Court for the removal of the above captioned matter from the Thirteenth Judicial Circuit, Civil Division, Hillsborough County, Florida Law Case No.: 19-CA-004216 (hereinafter the "State Court Action"), to the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. §1332 (diversity), §1441 and §1446, and in support thereof, respectfully states as follows:

    1.    On or about April 23, 2019 Plaintiff Kevin Guta (hereinafter "Plaintiff") filed a Complaint against BRLI in the Thirteenth Judicial Circuit, Civil Division, Hillsborough County,

Florida Law Case No.: 19-CA-004216, (the "State Court Action"). A copy of all processes and pleadings to date, are attached hereto as <u>Exhibit A</u>.

2. BRLI received its first notice of the filing of the State Court Action on April 26, 2019 when Plaintiff served BRLI with the Summons and Complaint.

3. This Removal Petition is being timely filed within thirty (30) days after BRLI first received notice of the State Court Action through service or otherwise. Removal, therefore, is timely pursuant to 28 U.S.C. §1446(b)(1) and the Federal Rules of Civil Procedure.

4. The above-captioned action is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, in that:

   a. Upon information and belief, Plaintiff is domiciled and a citizen of Florida, with his residence in Hillsborough County, Florida. <u>See</u> Complaint, ¶ 3.

   b. BRLI is a New Jersey Corporation with its principal place of business located in Elmwood Park, New Jersey. <u>See</u> New Jersey Department of Corporations Profile for BRLI, attached hereto as <u>Exhibit B.</u>

   c. BRLI is not incorporated in Florida nor does it maintain a principal place of business in Florida.

5. In the Complaint, Plaintiff alleges unlawful employment discrimination based on disability in violation of the Florida Civil Rights Act ("FCRA"). Plaintiff seeks back pay, front pay, compensatory damages (including damages for mental anguish, loss of dignity and other intangible injuries), pecuniary and non-pecuniary losses, interest, attorney's fees, and costs. <u>See</u> Complaint, ¶ 25. Assuming solely for purposes of this application that Plaintiff could succeed on his claims, his recovery could exceed $75,000.00, not inclusive of any fees, costs or interest.

6. Thus, the above-captioned action is a civil action in which the amount in controversy exceeds $75,000.00, and complete diversity exists such that no plaintiff is a citizen of the same state as any defendant. See 28 U.S.C. § 1332; Carden v. Arkoma Assocs., 494 U.S. 185, 187 (1990). Therefore, this Court has diversity jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332, and it may properly be removed to the Court pursuant to 28 U.S.C. § 1441, *et seq*.

7. As of the present date, no other hearings or proceedings have taken place in the State Court Action to Defendant's knowledge.

8. As of this date, no discovery has been issued or commenced in the State Court Action.

9. All Defendants join in and consent to the removal of this action.

10. Based on the allegations in the Complaint, and without waiving any challenges with respect to same, venue is proper in the United States District Court for the Middle District of Florida in that the action was filed in the Thirteenth Judicial Circuit, Civil Division, Hillsborough County, Florida.

11. By filing this notice, BRLI neither admits any factual allegations, nor waives any affirmative defenses and/or preliminary objections which may be available to it.

12. Written notice of the filing of this Removal Petition has been given to all parties or their counsel.

13. A true and correct copy of this Removal Petition will be filed with the Clerk of the Thirteenth Judicial Circuit, Civil Division, Hillsborough County, Florida.

For the reasons set forth above, Defendant BRLI hereby removes this action from the Thirteenth Judicial Circuit, Civil Division, Hillsborough County, Florida, to this Court.

Dated: May 23, 2019                                   Respectfully submitted,

By: ___/s/ Patrick F. Martin_____
Patrick F. Martin
Florida Bar No. 998729
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami, FL  33131
Telephone: (305) 579-0516
Facsimile:  (305) 579-0717
martinpa@gtlaw.com

and

Robin H. Rome
NUKK-FREEMAN & CERRA, P.C.
26 Main Street
Suite 202
Chatham, NJ 07928
Telephone:  (973) 665-9100
rrome@nfclegal.com
(to be admitted pro hac vice)

*Counsel for Defendant, Bio-Reference Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below via U.S. Mail and Electronic Mail.

Christopher David Gray, Esq.
FLORIN GRAY BOUZAS OWENS LLC
16524 Pointe Village Drive
Suite 100
Lutz, FL  33558
Telephone: (727) 254-5255
cgray@fgbolaw.com

*Counsel for Plaintiff, Kevin Guta*

                                                */s/ Patrick F. Martin*
                                                PATRICK F. MARTIN